IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WALTER L. GREEN,

    Plaintiff,

v.                                  Civil Action No. 3:12CV463

WILLIAM J. DORAN, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on July 19, 2012, the Court conditionally docketed Green's action. The Memorandum Order warned Green that he must immediately advise the Court of his new address in the event that is transferred or relocated. On August 2, 2012, the July 19, 2012 Memorandum Order was returned to the Court by the United States Postal Service marked, "RTS [Return to Sender]." Green apparently has left the Newport News City Jail and not apprised the Court of his current address. Such action reflects Green's lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Green.

It is so ORDERED.

Date: September 17, 2012
Richmond, Virginia

/s/ REP
Robert E. Payne
Senior United States District Judge